```
                   UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

ANTHONY G. SCUILLA,

                Plaintiff,

vs.                                    Case No.   2:11-cv-629-FtM-29SPC

MICHAEL J. ASTRUE, Commissioner of
Social Security,

                Defendant.
_____


**<u>OPINION AND ORDER</u>**

This matter is before the Court on consideration of Magistrate Judge Sheri Polster Chappell's Report and Recommendation (Doc. #20), filed on January 18, 2013, recommending that the Commissioner's decision to deny social security disability benefits be affirmed.  No objections have been filed, and the time to do so has expired.

The Court reviews the Commissioner's decision to determine if it is supported by substantial evidence and based upon proper legal standards.  <u>Crawford v. Comm'r of Soc. Sec.</u>, 363 F.3d 1155, 1158 (11th Cir. 2004).  Substantial evidence is more than a scintilla but less than a preponderance, and is such relevant evidence as a reasonable person would accept as adequate to support a conclusion. <u>Moore v. Barnhart</u>, 405 F.3d 1208, 1211 (11th Cir. 2005); <u>Crawford</u>, 363 F.3d at 1158.  Even if the evidence preponderates against the

Commissioner's findings, the Court must affirm if the decision reached is supported by substantial evidence. <u>Crawford</u>, 363 F.3d at 1158-59.  The Court does not decide facts anew, make credibility judgments, reweigh the evidence, or substitute its judgment for that of the Commissioner.  <u>Moore</u>, 405 F.3d at 1211; <u>Dyer v. Barnhart</u>, 395 F.3d 1206, 1210 (11th Cir. 2005).  The magistrate judge, district judge and appellate judges all apply the same legal standards to the review of the Commissioner's decision.  <u>Dyer</u>, 395 F.3d at 1210; <u>Shinn v. Comm'r of Soc. Sec.</u>, 391 F.3d 1276, 1282 (11th Cir. 2004); <u>Phillips v. Barnhart</u>, 357 F.3d 1232, 1240 n.8 (11th Cir. 2004).

The Report and Recommendation recommends that plaintiff's arguments regarding the ALJ's residual functional capacity determinations and the need for a vocational expert be rejected.  (Doc. #20, pp. 10-18.)  After an independent review, the Court agrees with the findings, recommendations, and conclusion in the Report and Recommendation.

Accordingly, it is now

**ORDERED**:

1.  The Report and Recommendation (Doc. #20) is accepted and **adopted** by the Court.

2.  The Decision of the Commissioner of Social Security is **AFFIRMED**.

3.  The Clerk of the Court shall enter judgment accordingly and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this __11th__ day of February, 2013.

*/s/ John E. Steele*
JOHN E. STEELE
United States District Judge

Copies:
Hon. Sheri Polster Chappell
U.S. Magistrate Judge

Counsel of Record